SEALED

PHILLIP A. TALBERT
Acting United States Attorney
MATTHEW M. YELOVICH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

FILED

MAY 3 1 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

In the Matter of the Search of:

INFORMATION ASSOCIATED WITH VIVIANWANG@LIVE.COM, THAT IS STORED AT PREMISES CONTROLLED BY MICROSOFT CORPORATION

CASE NO. 2:16-SW-0322 CKD

[PROPOSED] ORDER COMMANDING MICROSOFT CORPORATION NOT TO NOTIFY ANY PERSON OF THE EXISTENCE OF WARRANT

**UNDER SEAL**

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding MICROSOFT CORPORATION, an electronic communication service provider and/or a remote computing service, not to notify any person (including the subscribers and customers of the account(s) listed in the warrant) of the existence of the attached warrant until further order of the Court.

The Court determines that there is reason to believe that notification of the existence of the attached warrant will seriously jeopardize the investigation, including by giving targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, or change patterns of behavior. See 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that MICROSOFT CORPORATION shall not disclose the existence of the attached warrant or this Order of the Court, to

[PROPOSED] ORDER

1

1 | the listed subscriber or to any other person, unless and until otherwise authorized to do so by the Court,
2 | except that MICROSOFT CORPORATION may disclose the attached warrant to an attorney for
3 | MICROSOFT CORPORATION for the purpose of receiving legal advice.
4 |     IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise
5 | ordered by the Court.

Dated: 5/31/2016

*Carolyn Delaney*
The Honorable Carolyn K. Delaney
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER

2